# EXHIBIT A

# EXHIBIT A

38883\13666072.1

# EXHIBIT A

Copyrighted "Sista Soulja" Photo taken August 2, 2016



38883\13666072.1