# EXHIBIT B

# EXHIBIT B

38883\13666072.1

## EXHIBIT B

Copyright Registration:

*Sista Soulja.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002208901 / 2020-07-02
**Application Title:** Sista Soulja.
**Title:** Sista Soulja.
**Description:** Electronic file (eService)
**Copyright Claimant:** Haleigh Nickerson. Address: 1820 Melvin Road, Oakland, CA, 94602, United States.
**Date of Creation:** 2016
**Date of Publication:** 2016-08-03
**Nation of First Publication:** United States
**Authorship on Application:** Haleigh Nickerson; Citizenship: United States. Authorship: photograph.
**Names:** Nickerson, Haleigh

38883\13666072.1