# EXHIBIT C

# EXHIBIT C

38883\13666072.1

# EXHIBIT C

Email regarding "Girls Who Dance in Dissonance" art show where the work was shared with show organizers and shown in person in LA on August 12, 2016:



Promotions for the "Girls Who Dance In Dissonance" show and an example of photos Ms. Nickerson shared showcasing the work and highlighting her creative process:

