# EXHIBIT D

# EXHIBIT D

38883\13666072.1

## EXHIBIT D

Models.com page with names of people who worked on this image:

