1  JEFFREY M. FISHER (SBN 155284)
   jfisher@fbm.com
2  DEEPAK GUPTA (SBN 226991)
   dgupta@fbm.com
3  ASHLEIGH NICKERSON (SBN 331056)
   anickerson@fbm.com
4  FARELLA BRAUN + MARTEL LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, CA 94104
   (415) 954-4400

Attorneys for Plaintiff
HALEIGH NICKERSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEIGH NICKERSON, | Civil Case No. 5:20-CV-07775 -NC |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| DIESEL USA, Inc., DIESEL S.p.A., TERRY RICHARDSON, and DOES 1-5, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15, the undersigned certifies that no one has an interest (financial or otherwise) in the litigation other than Haleigh Nickerson.

Dated: November 19, 2020.         FARELLA BRAUN + MARTEL LLP

                                  By: */s/ Ashleigh Nickerson*
                                      Ashleigh Nickerson

                                      Attorney for Plaintiff
                                      HALEIGH NICKERSON

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS - 5:20-CV-07775 -NC        1