Jeffrey M. Fisher (State Bar No. 155284)
jfisher@fbm.com
Deepak Gupta (State Bar No. 226991)
dgupta@fbm.com
Ashleigh Nickerson (State Bar No. 331056)
anickerson@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
HALEIGH NICKERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEIGH NICKERSON,<br><br>        Plaintiff,<br><br>vs.<br><br>DIESEL USA, Inc., DIESEL S.p.A., TERRY RICHARDSON, and DOES 1-5,<br><br>        Defendant. | Civil Case No. 5:20-CV-07775 -NC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>The Hon. Nathanael Cousins |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action with prejudice. This notice is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF VOLUNTARY `DISMISSAL

38883\13817514.1

| | | |
|---|---|---|
| Dated: December 7, 2020 | | FARELLA BRAUN + MARTEL LLP |

By:     */s/ Ashleigh Nickerson*
        Ashleigh Nickerson

Attorneys for Plaintiff
HALEIGH NICKERSON

Jeffrey M. Fisher (State Bar No. 155284)
jfisher@fbm.com
Deepak Gupta (State Bar No. 226991)
dgupta@fbm.com
Ashleigh Nickerson (State Bar No. 331056)
anickerson@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480